IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:02CR3127 |
| Plaintiff, | ) | |
| | ) | AMENDED |
| vs. | ) | ORDER |
| | ) | |
| JASON L. STAGER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a revocation hearing is set to commence at **12:30 p.m. on January 26, 2006** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated: October 28, 2005.

BY THE COURT

s/ David L. Piester
_____
David L. Piester
United States Magistrate Judge