IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 4:02CR3127 |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JASON STAGER, | ) | |
| | ) | |
| Defendant. | ) | |

The probation officer, Mr. Anthens, has submitted an amended petition and he requests that I expedite consideration OF it. Therefore,

IT IS ORDERED that a hearing on the amended petition for an offender under supervision is expedited. The defendant and all counsel of record shall appear before me on Friday, January 6, 2006 at 12:00 noon. Mr. Anthens shall summons the offender. The previously scheduled hearing on January 26, 2006 is cancelled.

December 23, 2006.	BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　United States District Judge