IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:02CR3127 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JASON L. STAGER, | ) | |
| Defendant. | ) | |

At the request of the Probation Officer,

IT IS ORDERED that Defendant Stager's revocation hearing is rescheduled to Thursday, February 9, 2006, at 12:00 noon, before the undersigned United States District Judge, in the Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

January 30, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge